**UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS**

## HOUSTON DIVISION

Texas Medical Technology, Inc.
    *Plaintiff(s),*

v.                                                    Case No. 4:23−cv−01537

Berry Global, Inc., et al.
    *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:   **Motion Hearing**
RE: Motion to Dismiss – #20

DATE:     **12/15/2023**

TIME:   **02:30 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID – press #, Followed by Passcode: 3716#.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                           Date: December 5, 2023

By Deputy Clerk, G. Clair