UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **TEXAS MEDICAL TECHNOLOGY, INC.,** § § | |
| Plaintiff, § § | |
| VS. § | **CIVIL ACTION NO. 4:23-CV-01537** |
| § | |
| **BERRY GLOBAL, INC.,** *et al.*, § § | |
| Defendants. § | |

# ORDER

On December 15, 2023, the Court held a hearing on a Motion to Dismiss filed by Defendants Berry Global, Inc. (Berry) and Bonlam, S.A. de C.V. (Bonlam). ECF No. 20. For the reasons stated on the record, the Court **GRANTED** the Motion. Accordingly, the Court **DISMISSED WITH PREJUDICE** Plaintiff Texas Medical Technology, Inc.'s (TMT) DTPA claim against Berry and Bonlam and **DISMISSED WITHOUT PREJUDICE** TMT's remaining claims against Berry and Bonlam.

If it chooses, TMT may amend its Complaint. Any Amended Complaint shall be filed no later than January 5, 2024.

**IT IS SO ORDERED.**

Signed at Houston, Texas on December 15, 2023.

Keith P. Ellison
United States District Judge