IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| TEXAS MEDICAL TECHNOLOGY INC. f/k/a TEXAS MEDICAL CENTER SUPPLY LLC,<br><br>Plaintiff,<br><br>v.<br><br>BERRY GLOBAL INC.; BONLAM, S.A. de C.V.; TEXTILES SHAMEN TEXAS LLC; TEXTILES SHAMEN, S.A. de C.V.; SHLOMO MIZRAHI; and ELIRAN SEGEL,<br><br>Defendants | § § § § § § § § § § § § § § § § § Case No. 4:23-cv-01537 |

# ORDER

The Court has considered Defendants Berry Global Inc. and Bonlam S.A. de C.V.'s Unopposed Motion for Extension of Time to File Responsive Pleading and finds that the motion should be GRANTED.

It is therefore ORDERED that Defendants Berry Global Inc. and Bonlam S.A. de C.V.'s response date to the First Amended Complaint is extended to February 9, 2024.

Signed on this the 22nd day of January, 2024.

HON. KEITH P. ELLISON
U.S. DISTRICT JUDGE

1