**UNITED STATES DISTRICT COURT**      **SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

Texas Medical Technology, Inc.
   *Plaintiff(s),*

v.                                    Case No. 4:23−cv−01537

Berry Global, Inc., et al.
   *Defendant(s).*

## NOTICE OF SETTING

### PLEASE TAKE NOTICE

HEARING: **Motion Hearing**
RE: Motion Hearing – #

DATE: **10/18/2024**

TIME: **09:00 AM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID − press #, Followed by Passcode: 3716#.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                                               Date: October 10, 2024

By Deputy Clerk, A. Rivera