**UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

Texas Medical Technology, Inc.
   *Plaintiff(s),*

v.                                                                    Case No. 4:23−cv−01537

Berry Global, Inc., et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:  **Status Conference**
RE: Notice of Setting (FORM, noticing) – Judge Ellison – #53

DATE:   **12/3/2024**

TIME:   **02:30 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID − press #, Followed by Passcode: 3716#.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                                        Date: November 26, 2024

By Deputy Clerk, A. Rivera