United States District Court
Southern District of Texas
**ENTERED**
January 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TEXAS MEDICAL TECHNOLOGY, INC., *et al.*,<br><br>Plaintiffs,<br>VS.<br><br>BERRY GLOBAL, INC., *et al.*,<br><br>Defendants. | § <br> § <br> § CIVIL ACTION NO. 4:23-CV-01537 <br> § <br> § <br> § <br> § <br> § <br> § |

### ORDER

On April 26, 2023 Plaintiffs filed a Complaint against Defendants. As of January 9, 2025, multiple Defendants have still not been properly served. Despite the Court having given the Plaintiffs numerous extensions to provide Plaintiffs more time to serve Defendants, Plaintiffs represented to the Court at a status conference held on January 9, 2025 that they have still not been able to serve some of the Defendants. Accordingly, Plaintiffs' claims are hereby **DISMISSED WITHOUT PREJUDICE** due to Plaintiffs' failure to prosecute.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 9th day of January, 2025.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE